FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2018 JUN 19 P 4: 18

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No.1:18MJ 291 |
| v. | ) | MISDEMEANOR |
| | ) | |
| SEAN M. MURDOCK, | ) | Court Date: June 25, 2018 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR - 7140396)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 17, 2018, at Marine Corps Base, Quantico, Virginia, within the Eastern District of Virginia, the defendant, SEAN M. MURDOCK, did unlawfully carry about his person, hidden from common observation, a Smith & Wesson M&P 2.0 pistol.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-308, 1950, as amended).

(Count 2 – PETTY OFFENSE - 7140395)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 17, 2018, at Marine Corps Base, Quantico, Virginia, within the Eastern District of Virginia, the defendant, SEAN M. MURDOCK, did unlawfully carry drive, or operate, a motor vehicle without having a driver's license, learner's permit, or temporary driver's permit in his possession.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-104.1(ii), 1950, as amended).

G. Zachary Terwilliger
United States Attorney

By: _____
Evan P. Clark
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on this 19th day of June, 2018 at:

SEAN M. MURDOCK
2635 Bowling Green Dr.
Vienna, VA 22180

Evan P. Clark
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
evan.clark@usdoj.gov